UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES R.P. URLACHER,<br><br>                Plaintiff,<br><br>   v.<br><br>KEVIN QUIGLEY, et al.,<br><br>                Defendants. | No. C16-5912 RBL-KLS<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. (Dkt. 1). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $400.00 court filing fee.

The Clerk is directed to mail a copy of this Order to plaintiff.

**DATED** this 7th day of November, 2016.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1