UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES R.P. URLACHER, <br><br> Plaintiff, <br><br> v. <br><br> PATRISHA LASHAWAY, KEVIN QUIGLEY, et al., <br><br> Defendants. | CASE NO. 3:16-cv-5912-RJB-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: February 27, 2018 |

Before the Court is plaintiff's Notice of Stipulated Dismissal of Amended Complaint. Dkt. 47. The undersigned recommends that the Court adopt the Stipulated Notice and that the amended complaint (Dkt. 5) be dismissed without prejudice.

**BACKGROUND**

On May 4, 2017, the Court recommended that defendants' Motion to Dismiss be granted-in-part and denied-in-part as plaintiff had successfully stated a Fourteenth Amendment substantive due process claim. *See* Dkt. 39. The Honorable Robert J. Bryan, adopted the Report and Recommendation on June 14, 2017. Dkt. 42. On September 25,

2017, defendants filed their answer. Dkt. 43. On February 16, 2018, plaintiff filed a Notice of Stipulated Dismissal of Amended Complaint. Dkt. 47.

## DISCUSSION

Rule 41 of the Federal Rules of Civil Procedure sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1)(A), an action may be dismissed by the plaintiff without order of court "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has filed a stipulation of dismissal signed by defendants' attorney. *See* Dkt. 47.

Rule 41(a)(2) provides, in part, that: "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

## CONCLUSION

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation, adopt the Notice of Stipulated Dismissal, and issue an Order dismissing this action (Amended Complaint, Dkt. 5) without prejudice. *See also* Notice of Stipulated Dismissal Dkt. 47.

Dated this 27th day of February, 2018.

_____
J. Richard Creatura
United States Magistrate Judge