# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHARLES RP URLACHER,

    Plaintiff,

v.

KEVIN QUIGLEY, et al.,

    Defendants.

CASE NO. 3:16-CV-05912-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation (Dkt. 48).

(2)    The Court adopts the Stipulated Notice and the amended complaint (Dkt. 5) is dismissed without prejudice.

**DATED** this 28th day of February, 2018.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1